IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IOU CENTRAL, INC.
d/b/a IOU FINANCIAL, INC.;

    Plaintiff,                              CASE NO.: 20-2829-MSS-JSS

vs.

HALO AUTOSPORTS, LLC.;
STEVEN J. CRAIG;
HEATHER L. CRAIG
A/K/A HEATHER BRAHAM;
FCH PROPERTIES, LLC.;

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to L.R. 1.04 (d) I certify that this action:

\_\_\_      IS related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_X_      IS NOT related to any pending or closed civil or criminal case filed with the Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE upon each party no later than eleven days after the appearance of the party.

Respectfully submitted this 30th day of December 2020.

                By:    */s/Paul G. Wersant*
                        Paul G. Wersant
                        Florida Bar No. 48815
                        3245 Peachtree Parkway, Suite D-245
                        Suwanee, Georgia 30024
                        Telephone: (678) 894-5876
                        Email: pwersant@gmail.com
                        Attorney for Plaintiff IOU File No. 103257